IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CANONSBURG GENERAL HOSPITAL, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>KATHLEEN SEBELIUS, Secretary, Department )<br>of Health and Human Services, )<br>)<br>Appellee. )<br>) | Case No. 13-5370 |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

Notice is hereby given that the undersigned are now affiliated with the law firm of Squire Patton Boggs (US) LLP, **effective June 1, 2014,** and the undersigned state the following:

1. The undersigned previously were associated with the firm known as Patton Boggs LLP.

2. The undersigned and most of the lawyers formerly affiliated with Patton Boggs LLP have now become affiliated with Squire Patton Boggs (US) LLP.

3. All of the contact information for the firm and counsel remains the same, except the email addresses. The new email addresses for counsel are listed in the signature block below.

4811-5880-0411.1.

Dated this 4th day of June, 2014.

                                      Respectfully submitted,

                                      /s/ *Stephen P. Nash*
                                      Stephen P. Nash (D.C. Bar No. PA0037)
                                      Sven C. Collins*
                                      *Admitted Pro Hac Vice
                                      SQUIRE PATTON BOGGS (US) LLP
                                      1801 California St., Ste. 4900
                                      Denver, CO 80202
                                      Tel: (303) 894-6173
                                      Fax: (303) 894-9239
                                      E-mail: stephen.nash@squirepb.com
                                                        sven.collins@squirepb.com

                                      Attorneys for Appellant

4811-5880-0411.1.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2014, I electronically filed the **NOTICE OF CHANGE OF LAW FIRM AFFILIATION** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service to the following parties was accomplished via the CM/ECF system:

Benjamin M. Shultz
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: (202) 514-3518
Email: benjamin.shultz@usdoj.gov

Michael S. Raab
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: (202) 514-4053
Email: michael.raab@usdoj.gov

> *s/ Stephen P. Nash*
> Stephen P. Nash (D.C. Bar No. PA0037)
> Sven C. Collins*
> *Admitted Pro Hac Vice
> SQUIRE PATTON BOGGS (US) LLP
> 1801 California St., Ste. 4900
> Denver, CO 80202
> Tel: (303) 894-6173
> Fax: (303) 894-9239
> E-mail: stephen.nash@squirepb.com
>             sven.collins@squirepb.com
>
> Attorneys for Appellant

4811-5880-0411.1.