# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-5370   September Term, 2014

1:09-cv-02385-BAH

**Filed On:** June 23, 2015

Canonsburg General Hospital,

    Appellant

    v.

Sylvia Mathews Burwell, Secretary, U.S. Department of Health and Human Services,

    Appellee

## O R D E R

It is, on the court's own motion, **ORDERED** that the order filed on June 16, 2015, directing supplemental briefing be vacated. It is

**FURTHER ORDERED** that in light of *Perez v. Mortgage Bankers Ass'n*, 135 S. Ct. 1199 (2015), the parties electronically file, on or before July 6, 2015, new final briefs removing the portions of their previously-filed final briefs that rely on the applicability of the *Paralyzed Veterans* doctrine.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk